|  | * | IN THE |
| IN THE MATTER OF THE APPLICATION OF SCOTT GROVE PATTERSON TO RESIGN FROM THE PRACTICE OF LAW IN MARYLAND | * | SUPREME COURT |
| | * | OF MARYLAND |
| | * | AG No. 29 |
| | * | September Term, 2023 |
| | * | |

## ORDER

Upon consideration of the application to resign from the practice of law and notice of service filed by Scott Grove Patterson on January 3, 2024 and January 25, 2024, respectively, and Bar Counsel's response to the application, advising that Bar Counsel conducted an investigation and is satisfied that the requirements of Rule 19-735(b) have been met and requests that the application be accepted, it is this 31st day of January 2024,

ORDERED, by the Supreme Court of Maryland, that the resignation of Scott Grove Patterson from the Bar of the State of Maryland is accepted; and it is further

ORDERED, that, pursuant to Rule 19-735(e), the Clerk of this Court shall remove the name Scott Grove Patterson from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and the Clerks of all judicial tribunals in this State; and it is further

ORDERED, that the Clerk of the Court shall give any notice required by Rule 19-707(e).

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Shirley M. Watts
Senior Justice



Gregory Hilton, Clerk